RECEIVED
Western District of Washington
at Seattle

JAN 25 2016

MARK L. HATCHER
OF THE BANKRUPTCY...

JUDGE Christopher M. Alston
CHAPTER 7

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

| In re: | Chapter 7 |
|---|---|
| SHIOTANI, SEAN AND SHIOTANI, GINGER | No. 13-15192-CMA |
| Debtor(s). | **UNCLAIMED DIVIDENDS MORE THAN $25 FOR DEPOSIT TO REGISTRY FUNDS** |

| Creditor | Claim No. | Amount Claimed | Interest paid on claim | Total distribution |
|---|---|---|---|---|
| National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125 | 3 | $6,942.50 | $22.52 | $6,965.02 |

Dated: January 15, 2016

_Edmund J. Wood_
Edmund J. Wood, WSBA #03695
Chapter 7 Trustee

Wood & Jones, P.S.
303 N 67th Street
Seattle WA 98103
(206) 623-4382

Page 1