## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| In re: | Case Number: 13- 15192- CMA |
|---|---|
| Shiotani, Sean and Shiotani, Ginger     Debtor(s). | **Petition for Payment of Unclaimed Funds** |

1. I am petitioning to receive funds in the total amount of $ 4,965.02, which amount was paid into the Court on 1/25/16 [date(s)] by the case trustee as unclaimed funds on behalf of the following creditor/debtor:

   Name: National Capital Management, LLC

   Address: 8245 Tournament Dr. Ste. 230 Memphis, TN 38125

   Last four digits of SS# or Tax ID#: 42-1638118

2. I believe I am entitled to receive the requested funds based upon the following [check the statement(s) that apply]:

   ☒ a. I am the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents, including a current driver's license and social security card (if an individual).

   ☐ b. I am the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, and am authorized by the attached notarized, original, Power of Attorney to file this application on the behalf of the creditor/debtor.

   ☐ c. I am the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the assignee's or successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership and/or assignment.

   ☒ d. I am a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1, as demonstrated by the attached documentation, including, if applicable, the corporate seal.

   ☐ e. I am the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents which substantiate my right to act on behalf of the decedent's estate.

   ☐ f. Subparagraphs (a) through (e) above do not apply. As evidenced by the attached documents, I am entitled to such monies because: _____

   _____

   _____

3. I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

4. Pursuant to 28 U.S.C. § 2042, on 1/27/16 [date], I mailed a copy of this completed application (with all supporting documentation) to: United States Attorney, 700 Stewart St., Ste. 5220, Seattle WA 98101-1271.

Case 13-15192-CMA    Doc 55    Filed 02/05/16    Ent. 02/05/16 11:44:05    Pg. 1 of 2

I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or the accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U. S. Attorney for possible prosecution.

**I declare (or certify, or verify, or state) under penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct.**

Dated: _1/27/16_

Petitioner's Signature _____

Petitioner's Name _Freeman A. Marr_

Address _8245 Tournament Dr. Ste. 230_

_Memphis, TN 38125_

Telephone Number _(901) 435-7026_

NOTARY:

On this day, _January 27, 2016_ , I certify that I know or have satisfactory evidence that (insert name and title of signer) _Freeman A. Marr_ is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

(SEAL)

*(Notary seal: NANCY F. PARKER / STATE OF TENNESSEE NOTARY PUBLIC / SHELBY COUNTY)*

MY COMMISSION EXPIRES
JUNE 28, 2017

_Nancy J. Parker_
Notary Public
My commission expires _____
State of _Tennessee_
Residing at _4885 Briarcliff_ .
_Memphis, TN 38125_